| | | |
|---|---|---|
| 20011 | Madriaga v. Four Seasons Hotels Ltd. | Affirmed |
| 20155 | State v. Plummer | Affirmed |
| 20457 | State v. Whitby | Affirmed, Vacated and Remanded |

### January 7, 1998

| | | |
|---|---|---|
| 19847 | Herring v. Labor and Industrial Island Beverage Co. | Affirmed |
| 19805 | Tagupa v. State Dept. of Education | Affirmed |

### January 8, 1998

| | | |
|---|---|---|
| 20277 | Bank of America, FSB v. Jennett | Affirmed |
| 19931 | Diamond Syndicate Inc. v. Shapira | Affirmed |
| 20160 | State v. Boaz | Affirmed |
| 20224 | State v. Hayes | Vacated |
| 20569 | State v. Lowe | Affirmed |

### January 9, 1998

| | | |
|---|---|---|
| 19911 | State v. Hance | Affirmed |

### January 12, 1998

| | | |
|---|---|---|
| 19967 | State v. Kaapuni | Affirmed |

### January 14, 1998

| | | |
|---|---|---|
| 20318 | State v. Reinhardt | Affirmed |

### January 15, 1998

| | | |
|---|---|---|
| 19887 | Rose v. State Farm Mut. Auto. Ins. Co. | Affirmed |

### January 20, 1998

| | | |
|---|---|---|
| 20540 | Bonner v. Administrative Director of the Court, State | Affirmed |
| 20600 | Harada v. State | Affirmed |
| 20530 | State v. Anderson | Affirmed |

### January 21, 1998

| | | |
|---|---|---|
| 19946 | Law Offices of John A. Chanin v. Parnar;  Parnar v. Law Offices of John A. Chanin | Affirmed |

### January 22, 1998

| | | |
|---|---|---|
| 18357 | Pahk v. Fong;  Kong v. Fong;  Pahk v. Shin | Affirmed in part, Reversed in part |
| 20732 | State v. Young | Affirmed |